# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **MARVOLON S. WHITE,** | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION NO. 10-00423-CG-B |
| **DEBORAH TONEY,** | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED, and DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 8th day of November, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE